UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFREY WAYNE ROSS #159220** | **CASE NO. 1:22-CV-01290 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **E DUSTIN BICKHAM** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 1] filed by pro se petitioner, Jeffrey Wayne Ross, is **DENIED**. Petitioner's claims are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this the 11th day of October 2023.

　　　　　　　　　　　　　　　　　　　　**TERRY A. DOUGHTY**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**